**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ANDREW FABAL,**

**Plaintiff,**

**v.**

**Civil Action 2:26-cv-266**
**Judge James L. Graham**
**Magistrate Judge Chelsey M. Vascura**

**J. MCGILTON, *et al.*,**

**Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Motion Seeking Docket and Alerting the Court that the Plaintiff Exercised his Right to Proceed Without Payment as He is Indigent (ECF No. 9). Therein, Plaintiff seeks a copy of the docket sheet and an order that no more funds be withdrawn from his prison trust fund account to pay the filing fee in light of Plaintiff's *in forma pauperis* status. (*Id.*)

Plaintiff's Motion is **GRANTED IN PART and DENIED IN PART**. The Clerk is **DIRECTED** to enclose a copy of the docket sheet with this Order. However, as the Court advised in the April 6, 2026 Order and Report and Recommendation (ECF No. 5), prisoners are required to pay the full amount of the $350.00 filing fee even when proceeding *in forma pauperis*. The benefit to prisoners of proceeding *in forma pauperis* is that they may pay the filing fee in installments according to the amount in their prison trust fund account, rather than paying the full amount of the filing fee at the outset of the case. *See* § 1915(b)(1). Accordingly, installment payments will continue to be withdrawn from Plaintiff's prison trust fund account

until the full $350.00 has been paid. (*See* April 6, 2026 Order and Report and Recommendation 1–2, ECF No. 5.)

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE